## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

LIGHT EBTH LLC,                      :          Case No. 1:19-cv-11
                                     :
       Plaintiff,                    :          Judge Timothy S. Black
                                     :
vs.                                  :
                                     :
EBTH, INC., *et al.*,                :
                                     :
       Defendants.                   :

## CONDITIONAL ORDER OF DISMISSAL

The Court being advised that the parties have reached an agreement to settle this

civil action;

It is **ORDERED** that all remaining claims in this action are hereby **DISMISSED**

with prejudice, provided that any of the parties may, upon good cause shown within 90

days, move to reopen the action if settlement is not consummated.  Also, if desired, the

parties may timely move to substitute a judgment entry contemplated by the settlement

agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement

agreement of the parties.

       **IT IS SO ORDERED.**

Date:   10/10/2019                              */s/ Timothy S. Black*
                                                Timothy S. Black
                                                United States District Judge